# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JULY 27, 2017

## NO. 03-16-00515-CR

**Daniel Camarillo Garcia, Appellant**

**v.**

**The State of Texas, Appellee**

### APPEAL FROM 340TH DISTRICT COURT OF TOM GREEN COUNTY
### BEFORE JUSTICES PURYEAR, PEMBERTON, AND GOODWIN
### AFFIRMED -- OPINION BY JUSTICE GOODWIN

This is an appeal from the judgment of conviction entered by the trial court. Having reviewed the record and the parties' arguments, the Court holds that there was no reversible error in the trial court's judgment of conviction. Therefore, the Court affirms the trial court's judgment of conviction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.